PER CURIAM.
 

 John Valdes-Pino appeals his conviction for second-degree murder asserting fundamental error in the manslaughter instruction given to the jury.
 
 [1]
 
 We affirm the conviction.
 

 On the record presented, we find that the then-standard instructions given by the trial court (without objection) did not constitute fundamental error.
 
 Zeigler v. State,
 
 18 So.3d 1289 (Fla. 2d DCA 2009). However, because the contrary analysis in
 
 Montgomery v. State,
 
 — So.3d-, 2009 WL 350624 (Fla. 1st DCA 2009), is currently pending review before the Florida Supreme Court,
 
 [2]
 
 we certify decisional conflict with that First District opinion.
 

 Affirmed. Direct conflict certified.
 

 [1]
 

 . The defendant's remaining point lacks merit.
 

 [2]
 

 . State
 
 v. Montgomery,
 
 11 So.3d 943 (Fla.2009); oral argument was heard October 7, 2009.